<pre>
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


CHARLES IZAC,                      ) NO. CV 14-5487-PA(E)
                                   )
              Petitioner,          )
                                   )
      v.                           ) ORDER ACCEPTING FINDINGS,
                                   )
WARDEN,                            ) CONCLUSIONS AND RECOMMENDATIONS
                                   )
              Respondent.          ) OF UNITED STATES MAGISTRATE JUDGE
                                   )
_____)
</pre>

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying and dismissing the Petition without prejudice.

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on Petitioner and counsel for Respondent.

DATED: December 16, 2014.

_____
                    PERCY ANDERSON
            UNITED STATES DISTRICT JUDGE

2