1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLES IZAC,                    ) NO. CV 14-5487-PA(E)
                                      )
12                Petitioner,         )
                                      )
13        v.                          )           JUDGMENT
                                      )
14   WARDEN,                          )
                                      )
15                Respondent.         )
     _____)

16

17

18       IT IS ADJUDGED that the Petition is denied and dismissed without

19   prejudice.

20

21          DATED: December 16, 2014

22

23

24   _____
                      PERCY ANDERSON
25          UNITED STATES DISTRICT JUDGE

26

27

28